**Order filed August 24, 2021**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00303-CV
_____

**RICHARD D. DAVIS L.L.P., A NEVADA LIMITED LIABILITY PARTNERSHIP; AND RICHARD D. DAVIS, L.L.P., A TEXAS GENERAL PARTNERSHIP, Appellants**

**V.**

**ANDY KNOTT; BILL GREEN; DEMPSEY GEAREN; JIM PHILLIPS; PHIL BIRKELBACH; PAUL KATES; DANNY LANGHORNE; HANS VAN DER VOORT; GENE MORTON; AND STANLEY HOFFPAUIR, Appellees**

---

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 08-12-19600**

---

# O R D E R

Appellant's brief was due August 13, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 23, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.